

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00187-CV

| | | |
|---|---|---|
| Charles A. Chastain | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2004-025402-2-A) |
| v. | § | |
| | § | August 22, 2013 |
| Viewpoint Bank f/k/a Community Credit Union and Regions Bank | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM